UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1-14-00451 |
|     MORNINGSTAR MARKETPLACE, LTD | : |
|     a PA LIMITED PARTNERSHIP | :: |
|         Debtor | : Chapter 11 |
| | : |
| DAVID E. MATARESE | : |
|         Movant | : |
|         V. | : |
| MORNINGSTAR MARKETPLACE, LTD | : |
|     a PA LIMITED PARTNERSHIP, | : |
| LEON P. HALLER, TRUSTEE, | : |
| PNC BANK, | : |
| MANUFACTURERS AND TRADERS TRUST | : |
| COMPANY as TRUSTEE FOR HOLDERS OF | : |
| YORK COUNTY INDUSTRIAL DEVELOPMENT | : |
| AUTHORITY REVENUE BONDS | : |
|         Respondents | : |

## NOTICE

Notice is hereby given that David E. Matarise has filed a Motion for Relief.
    A hearing on this matter has been scheduled for:

**Date: 3/8/16**                                  **Time: 9:30 AM**
United States Bankruptcy Court
Ronald Reagan Federal Building
Bankruptcy Courtroom (3rd Floor)
Third & Walnut Streets
Harrisburg, PA 1701

    Any Objection/Response to this matter, or higher bid must be served and filed on or before **2/14/16**

    If service was properly made, and Respondent(s) fails to file an Objection/Response by the above specified date, or submit a higher bid, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing (LBF 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the court within 24 hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with LBR 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc. will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

Clerk, U.S. Bankruptcy Court                          For the Court:
P.O. Box 908                                              Clerk of the Bankruptcy Court
Harrisburg, PA 17108                          Terrence S. Miller
(717) 901-2800
    Hours Open: Monday-Friday 9:00 AM- 4:00 PM
    Date: 1/28/16